# United States Bankruptcy Court

## Southern District of Illinois

**Case No. <u>10–31899–lkg</u>**

**Chapter 7**

In re:
   Robert Wade Wallace                               Sarah Marie Wallace

   2631 Hillcrest Avenue                     3474 Cedar Vista Drive
   Alton, IL 62002                              Wentzville, MO 63385

SSN/Individual Taxpayer ID Number (ITIN):
   xxx–xx–1749                                   xxx–xx–3033

Employer Tax ID Number (ETIN):

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED**:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                     BY THE COURT

Dated: <u>11/16/2010</u>                           /s/ Laura K. Grandy
                                                 United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE**
**IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0754-3           User: th                    Page 1 of 1                   Date Rcvd: Nov 16, 2010
Case: 10-31899                 Form ID: 318                Total Noticed: 26
```

The following entities were noticed by first class mail on Nov 18, 2010.
```
db         +Robert Wade Wallace,   2631 Hillcrest Avenue,   Alton, IL 62002-2940
jtdb       +Sarah Marie Wallace,   3474 Cedar Vista Drive,   Wentzville, MO 63385-5110
2879227    +Citibank,   C/o LVNV Funding,   PO Box 10497,   Greenville, SC 29603-0497
2879226    +Citibank,   C/o Northland Group Inc.,   PO Box 390905,   Minneapolis, MN 55439-0905
2879229    +Commerce Bank,   911 Main Street,   Kansas City, MO 64105-2009
2879228     Commerce Bank,   C/o Accounts Receivable Management,   PO Box 129,   Thorofare, NJ 08086-0129
2879230     Discover Bank,   C/o Baker & Miller PC,   29 N. Wacker Drive STE 500,   Chicago, IL 60606-2854
2879232    +Fast Cash of Illinois,   C/o Pinnacle Collection Agency,   1900 Sangamon Avenue,
             Springfield, IL 62702-1207
2879234     Lake Forest Emergency Group,   C/o CMRE Financial Services, Inc.,   3075 E. Imperial Hwy #200,
             Brea, CA 92821-6753
2879235     Lake Forest Emergency Group,   Affiliate of The Schumacher Group,   PO Box 400,
             San Antonio, TX 78292-0400
2879236     SSM St. Joseph Hospital West,   PO Box 503661,   Saint Louis, MO 63150-3661
2879237    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   4801 Frederica Street,   Owensboro, KY 42301)
2879238    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   PO Box 108,   Saint Louis, MO 63166)
2879240    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank Reserve Line,   PO Box 5227,   Cincinnati, OH 45201)
2879239    +US Bank National Association,   C/o Velocity Investments LLC,   PO Box 788,
             Belmar, NJ 07719-0788
```

The following entities were noticed by electronic transmission on Nov 16, 2010.
```
tr         +EDI: BREEGGMANN.COM Nov 16 2010 15:03:00      Robert E Eggmann,   Trustee,   PO Box 24065,
             Belleville, IL 62223-9065
cr         +EDI: AGFINANCE.COM Nov 16 2010 15:03:00      AMERICAN GENERAL FINANCE,   PO BOX 3251,
             EVANSVILLE, IN 47731-3251
2879222     EDI: AGFINANCE.COM Nov 16 2010 15:03:00      American General,   600 N. Royal Avenue,
             Evansville, IN 47715
2879221     EDI: AGFINANCE.COM Nov 16 2010 15:03:00      American General,   Payment Processing Center,
             PO Box 790370,   Saint Louis, MO 63179-0370
2879224    +EDI: BANKAMER2.COM Nov 16 2010 15:03:00      Bank of America,   PO Box 17054,
             Wilmington, DE 19850-7054
2879223     EDI: BANKAMER2.COM Nov 16 2010 15:03:00      Bank of America,   PO Box 15102,
             Wilmington, DE 19886-5102
2901283     EDI: RECOVERYCORP.COM Nov 16 2010 15:03:00      Capital Recovery IV LLC,
             c/o Recovery Management Systems Corp.,   Attn: Ramesh Singh,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
2879225    +EDI: CITICORP.COM Nov 16 2010 15:03:00      Citi Cards,   Processing Center,
             Des Moines, IA 50363-0001
2879231     EDI: DISCOVER.COM Nov 16 2010 15:03:00      Discover Financial Services LLC,   PO Box 15316,
             Wilmington, DE 19850
2879233    +EDI: CBSKOHLS.COM Nov 16 2010 15:03:00      Kohls/Chase,   PO Box 3115,   Milwaukee, WI 53201-3115
2899658     EDI: RECOVERYCORP.COM Nov 16 2010 15:03:00      Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2010**            **Signature:**    *Joseph Speetjens*