## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| ROBERT WADE WALLACE, | ) | |
| SARAH MARIE WALLACE, | ) | |
| | ) | BK      10-31899 |
| Debtors. | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| US BANK HOME MORTGAGE, | ) | |
| | ) | |
| Creditor. | ) | |

## MOTION FOR CONTEMPT AND/OR SANCTIONS
## FOR VIOLATION OF DISCHARGE ORDER

COME NOW the Debtors, Robert & Sarah Wallace, by and through their attorneys, The Law Offices of Mueller & Haller, L.L.C., and for their Motion for Contempt and/or Sanctions for Violation of Discharge Order state as follows:

1. On July 26, 2010, the Debtors filed for relief under Chapter 7 of the Bankruptcy Code.

2. That this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(1).

3. That this is a "core" proceeding under 28 U.S.C. § 157(b)(2)(A), (b)(2)(E) and (b)(2)(O).

4. That venue is proper in this Court pursuant to 28 U.S.C. § 1409.

5. That the Creditor, US Bank Home Mortgage, was included as a creditor, as the mortgage holder of the debtors' residence, listed on Schedule D in the initial schedules filed in the bankruptcy proceeding.

6. That the Creditor, US Bank Home Mortgage, received notice of the bankruptcy filing and the Chapter 7 341 meeting from documents mailed by the Court.

7. That on September 10, 2010, the Chapter 7 341 Meeting of Creditors in this case was held in East St. Louis, Illinois.

1

8.  That on November 16, 2010, the Order Discharging Chapter 7 Debtor was entered by the Court.

9.  That while the Debtors originally intended to reaffirm on the mortgage with the Creditor, US Bank Home Mortgage, no reaffirmation agreement was ever filed with the Bankruptcy Court.

10. That on January 3, 2012, Debtors' counsel sent a letter to the Creditor, US Bank Home Mortgage, to advise the debtors wished to surrender the residence secured by the mortgage.

11. That on February 15, 2012, Debtors' counsel sent a second letter to the Creditor, US Bank Home Mortgage, to advise the debtors wished to surrender the residence secured by the mortgage.

12. That on March 27, 2012, the Debtors provided counsel with two Mortgage Statements, dated February 16, 2012 and March 16, 2012, received from the Creditor, US Bank Home Mortgage.  Said statement indicated the mortgage loan is past due for the January 1, 2012 mortgage payment in the amount of $$1,489.96 and $1,986.14 respectively.

13. That on March 28, 2012, Debtor's counsel's staff sent a letter to the Creditor, US Bank Home Mortgage, to advise of the pending bankruptcy case and the debtors' surrendering of the property and requesting the Creditor, US Bank Home Mortgage, should cease attempting to collect on the debt or the matter would be pursued through the Bankruptcy Court.

14. That on June 19, 2012, the Debtors provided counsel with a Mortgage Statement, dated May 16, 2012, received from the Creditor, US Bank Home Mortgage.  Said statement indicated the mortgage loan is past due for the January 1, 2012 mortgage payment in the amount of $3,008.50.

15. That on June 28, 2012, the Debtors provided counsel with a Mortgage Statement, dated June 18, 2012, received from the Creditor, US Bank Home Mortgage.  Said statement indicated the

mortgage loan is past due for the January 1, 2012 mortgage payment in the amount of $3,519.68.

16. As a result of the conduct of the the Creditor, US Bank Home Mortgage, the Debtor has filed this Motion to pursue "discharge violations and other relief against the Creditor in this proceeding."

17. As a result of the failure of the Creditor, US Bank Home Mortgage, to abide by the discharge injunction, the Debtors have found it necessary to devote unnecessary hours to efforts to resolve the matter and that all of this time was unwarranted and unnecessary.

18. The Debtors have worried about this situation and has feared that the Creditor have some improper motive for continuing to collect on a discharged debt.

19. That Debtors' counsel has made efforts to try to resolve this matter without the need to file a motion with the Court.

20. The conduct of the the Creditor, US Bank Home Mortgage, in this case has substantially frustrated the discharge injunction in effect in this case and has caused the Debtors unwarranted and unnecessary time, effort and expense in seeking to enforce rights guaranteed by the Bankruptcy Code.

21. As a result of the above violation of 11 U.S.C. §727, the Creditor, US Bank Home Mortgage, is liable to the Debtor for actual damages, punitive damages, and legal fees under Section 105 of Title 11 of the United States Code.

22. In order to protect debtors who have filed for relief under the Bankruptcy Code, this Court should impose sanctions against the Creditor, US Bank Home Mortgage, for their misconduct in this case.

WHEREFORE the Debtors having set forth their claims for relief against the Creditors respectfully pray of the Court as follows:

3

A. That the Debtors have and recover against the Creditor a sum to be determined by the

Court in the form of actual damages;

B. That the Debtors have and recover against the Creditor to be determined by the Court in

the form of punitive damages;

C. That the Debtors have and recover against the Creditor all reasonable legal fees and

expenses incurred in pursuit of this Motion;

D. That the Creditors be prohibited from collecting fees and costs associated with defending

this action;

F. That the Debtors have such other and further relief as the Court may deem just and proper.

ROBERT & SARAH WALLACE,

By:  _/s/ William A. Mueller_
William A Mueller-#06187732
James J Haller-#06226796
Attorneys for Debtor
5312 West Main Street
Belleville, Illinois 62226
(618) 236-7000

## NOTICE OF ELECTRONIC FILING AND
## CERTIFICATE OF SERVICE BY MAIL

STATE OF ILLINOIS          )                    Case No:  10-31899
                           )         SS
CITY OF BELLEVILLE         )                    Chapter 7

Krista Doiron, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in St. Clair County, Illinois.

On June 29, 2012, Deponent electronically filed with the Clerk of the U. S. Bankruptcy Court the

**Motion for Contempt and/or Sanctions for Violation of the Discharge Order**.

The Deponent served electronically the **Motion for Contempt and/or Sanctions for Violation of the Discharge Order** to the following parties:

U.S. Trustee                    Robert Eggmann

And served by mail to the following parties:

| | | |
|---|---|---|
| US Bank Home Mortgage | US Bank Home Mortgage | Richard K Davis, Chairman, President & CEO |
| 4801 Frederica St | PO Box 790415 | US Bancorp |
| Owensboro KY 42301 | St Louis MO 63179-0415 | US Bancorp Center |
| | | 800 Nicollet Mall |
| | | Minneapolis, MN 55402-4302 |
| | | |
| Robert & Sarah Wallace | US Bancorp | Lee R. Mitau, Exec. V.P.  & General Counsel |
| 2631 Hillcrest Ave | c/o The Corporation Trust Co, Reg Agent | US Bankcorp |
| Alton IL 62002 | Corporation Trust Company | US Bancorp Center |
| | 1209 Orange St | 800 Nicollet Mall |
| | Wilmington, DE 19801 | Minneapolis, MN 55402-4302 |

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Belleville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Krista Doiron

5