# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

In re: Robert Wade Wallace and Sarah Marie Wallace
     Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–1749   xxx–xx–3033

Bankruptcy Proceeding No. 10–31899–lkg
Chapter No.: 7
Judge: Laura K. Grandy

PLEASE TAKE NOTICE that a hearing will be held

    at U.S. Bankruptcy Court, Melvin Price US Courthouse, 750 Missouri Ave,
    East St Louis, IL 62201
  on 7/17/2012 at 09:00 AM

to consider and act upon the following:

    Motion for Contempt and/or Sanctions filed by Debtor Robert Wade Wallace, Joint Debtor Sarah Marie Wallace

Dated: July 2, 2012

DIRECT ALL COURT CORRESPONDENCE TO:          Donna N Beyersdorfer
U.S. BANKRUPTCY COURT                           Clerk, U.S. Bankruptcy Court
750 MISSOURI AVENUE
EAST ST. LOUIS, IL 62201

**IF A PARTY FAILS TO APPEAR IN PERSON OR BY COUNSEL THE COURT MAY PROCEED WITH THE SCHEDULED HEARING AND MAY ENTER AN APPROPRIATE ORDER OR JUDGMENT INCLUDING DISMISSAL OF THE PENDING MATTER.**

Hazardous road conditions may necessitate canceling scheduled hearings.  When applicable contact the Bankruptcy Clerk's office at (618) 482–9400.

United States Bankruptcy Court
Southern District of Illinois

```
In re:                                                            Case No. 10-31899-lkg
Robert Wade Wallace                                               Chapter 7
Sarah Marie Wallace
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0754-3          User: jf              Page 1 of 2           Date Rcvd: Jul 02, 2012
                              Form ID: 269          Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2012.
```
db          +Robert Wade Wallace,    2631 Hillcrest Avenue,    Alton, IL 62002-2940
jtdb       #+Sarah Marie Wallace,    3474 Cedar Vista Drive,    Wentzville, MO 63385-5110
cr          +US Bank Home Mortgage,    4801 Frederica,    Owensboro, KY 42301-7441
2879237    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,    4801 Frederica Street,    Owensboro, KY 42301)
2879239     +US Bank National Association,    C/o Velocity Investments LLC,    PO Box 788,
               Belmar, NJ 07719-0788
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2879238*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,    PO Box 108,    Saint Louis, MO 63166)
2879240*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank Reserve Line,    PO Box 5227,    Cincinnati, OH 45201)
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0754-3          User: jf                 Page 2 of 2            Date Rcvd: Jul 02, 2012
                              Form ID: 269             Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2012 at the address(es) listed below:
        James Haller -  Mueller Associates    on behalf of Debtor Robert Wallace belleville@tbcwam.com, tbcbackup@yahoo.com
        Robert E Eggmann    on behalf of Trustee Robert Eggmann reggmann@demlawllc.com, whickey@demlawllc.com;nneske@demlawllc.com
        Robert E Eggmann     reetrustee@demlawllc.com, MO44@ecfcbis.com;whickey@demlawllc.com;nneske@demlawllc.com
        United States Trustee    USTPRegion10.es.ecf@usdoj.gov
        William A Mueller -  Mueller Associates    on behalf of Debtor Robert Wallace belleville@tbcwam.com, tbcbackup@yahoo.com
        TOTAL: 5