UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| ROBERT WADE WALLACE, | ) | |
| SARAH MARIE WALLACE, | ) | |
| | ) | BK 10-31899 |
| Debtors. | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| US BANK HOME MORTGAGE, | ) | |
| | ) | |
| Creditor. | ) | |

## ORDER ON MOTION FOR CONTEMPT AND/OR SANCTIONS FOR VIOLATION OF DISCHARGE ORDER

This matter having come before the Court on Debtor's Motion for Contempt and/or Sanctions ("Motion"); and the Court being otherwise fully advised of the premises;

1. The Motion is hereby resolved.

2. That within twenty-one (21) days of the date of this order, US Bank Home Mortgage shall tender $3000.00 to the Law Offices of Mueller & Haller, LLC in full and final settlement and satisfaction of all allegations and claims set forth in or arising out of the Motion for Contempt and/or Sanction for Violation of Automatic Stay. Of this amount, $2300.00 shall be paid to the Debtors and $700.00 shall be paid to the Law Offices of Mueller and Haller, LLC for attorney's fees and costs incurred as a result of the filing of this motion.

3. That within sixty (60) days of the date of this order, US Bank Home Mortgage shall report to the three nationwide credit reporting agencies to which it regularly reports that the debt was discharged in a Chapter 7 Bankruptcy, that there is no liability remaining on the debt and remove any deficiency.

4. That US Bank Home Mortgage shall not contact the Debtors except as necessary to comply with notice requirements and due process with regards to the foreclosure process on the property.

5. The parties acknowledge that this agreed order does not constitute an admission by any party of any liability or violation of any federal, state or local statute, law, regulation, order or other requirement of law.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: August 1, 2012

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE/4

Agreed to:

/s/ Rachel A. Hill                    /s/ Brian W. Hockett
Rachel A. Hill                        Brian W. Hockett
Debtor's Counsel                      Creditor's Counsel