**NOTICE OF ELECTRONIC FILING AND**
**<u>CERTIFICATE OF SERVICE BY MAIL</u>**

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | Case No: 10-31899 |
| | ) SS | |
| VILLAGE OF GLEN CARBON | ) | Chapter 7 |

Anessa DeConcini, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in Madison County, Illinois.

On August 3, 2012, Deponent electronically filed with the Clerk of the U. S. Bankruptcy Court the **Order On Motion for Contempt**.

The Deponent served electronically the **Order On Motion for Contempt** to the following parties:

U.S. Trustee

Robert Eggmann

And served by mail to the following parties:

| | | |
|---|---|---|
| US Bank Home Mortgage<br>4801 Frederica St<br>Owensboro KY 42301 | US Bank Home Mortgage<br>PO Box 790415<br>St Louis MO 63179-0415 | Richard K Davis, Chairman, President & CEO<br>US Bancorp<br>US Bancorp Center<br>800 Nicollet Mall<br>Minneapolis, MN 55402-4302 |
| Robert & Sarah Wallace<br>2631 Hillcrest Ave<br>Alton IL 62002 | US Bancorp<br>c/o The Corporation Trust Co, Reg Agent<br>Corporation Trust Company<br>1209 Orange St<br>Wilmington, DE 19801 | Lee R. Mitau, Exec. V.P. & General Counsel<br>US Bankcorp<br>US Bancorp Center<br>800 Nicollet Mall<br>Minneapolis, MN 55402-4302 |

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Glen Carbon Village Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Anessa DeConcini