## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| ROBERT WADE WALLACE, | ) | |
| SARAH MARIE WALLACE, | ) | |
| | ) | BK    10-31899 |
| Debtors. | ) | |

### MOTION TO WITHDRAW MOTION FOR CONTEMPT AND/OR SANCTIONS

COME NOW the Debtors, Robert & Sarah Wallace, by and through their attorneys, the Law Offices of Mueller and Haller, L.L.C., and for their Motion to Withdraw Motion for Contempt and/or Sanctions state as follows:

1. That on July 26, 2010, the Debtors filed for relief under Chapter 7 of the Bankruptcy Code.

2. That on October 22, 2012, the Debtors filed his Motion for Contempt and/or Sanctions.

3. That the Debtors request the Motion for Contempt and/or Sanctions be withdrawn at this time.

WHEREFORE, the Debtors pray this Court enter an Order granting the Motion to Withdraw Motion for Contempt and/or Sanctions and for such other relief as the Court deems necessary and proper.

ROBERT & SARAH WALLACE,

By:  /s/ William A. Mueller
William A Mueller-#06187732
James J Haller-#06226796
Rachel A. Hill_#51818
Attorneys for Debtors
5312 West Main Street
Belleville, Illinois 62226
(618) 236-7000

1

## NOTICE OF ELECTRONIC FILING AND
## CERTIFICATE OF SERVICE BY MAIL

| | | | |
|---|---|---|---|
| STATE OF ILLINOIS | ) | BK | 10-31899 |
| | ) SS | | |
| CITY OF BELLEVILLE | ) | Chapter 7 | |

Krista Doiron, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in St. Clair County, Illinois.

On December 6, 2012, Deponent electronically filed with the Clerk of the U. S. Bankruptcy Court the **Motion to Withdraw**.

The Deponent served electronically the **Motion to Withdraw** to the following parties:

U.S. Trustee          Robert Eggmann

And served by mail to the following parties:

| | | |
|---|---|---|
| US Bank Home Mortgage<br>4801 Frederica St<br>Owensboro KY 42301 | US Bank Home Mortgage<br>PO Box 790415<br>St Louis MO 63179-0415 | Richard K Davis, Chairman, President & CEO<br>US Bancorp<br>US Bancorp Center<br>800 Nicollet Mall<br>Minneapolis, MN 55402-4302 |
| Robert Wallace<br>1000 Main Apt 3<br>Alton IL 62002 | US Bancorp<br>c/o The Corporation Trust Co, Reg Agent<br>Corporation Trust Company<br>1209 Orange St<br>Wilmington, DE 19801 | Lee R. Mitau, Exec. V.P. & General Counsel<br>US Bankcorp<br>US Bancorp Center<br>800 Nicollet Mall<br>Minneapolis, MN 55402-4302 |
| Sarah Wallace<br>PO Box 87275<br>S Roxana IL 62087 | Brian Hockett<br>Thompson Coburn LLP<br>One US Bank Plaza<br>St Louis, MO 63101 | |

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Belleville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Krista Doiron