# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | | In Proceedings Under Chapter 7 |
| Robert Wade Wallace | Sarah Marie Wallace | |
| | | BK 10–31899–lkg |
| Debtor(s) | | |

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–1749    xxx–xx–3033

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

Robert E Eggmann is discharged as Trustee in this cause and the sureties on the Trustee's bond are released from further liability in this case.

The chapter 7 case of the above named debtor is closed.

ENTERED: July 1, 2013                              /s/ Laura K. Grandy
                                                  UNITED STATES BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                          Southern District of Illinois
In re:                                                             Case No. 10-31899-lkg
Robert Wade Wallace                                                Chapter 7
Sarah Marie Wallace
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0754-3         User: tk              Page 1 of 2          Date Rcvd: Jul 01, 2013
                             Form ID: 178          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2013.
db           #+Robert Wade Wallace,    1000 Main,    Apt 3,    Alton, IL 62002-2872
jtdb          +Sarah Marie Wallace,    PO Box 87275,    S Roxana, IL 62087-7275

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2013**            **Signature:** *Joseph Speetjens*

```
District/off: 0754-3          User: tk                    Page 2 of 2                   Date Rcvd: Jul 01, 2013
                              Form ID: 178                Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2013 at the address(es) listed below:

        James Haller -   Mueller Associates    on behalf of Debtor Robert Wade Wallace
         belleville@tbcwam.com,   tbcbackup@yahoo.com
        James Haller -   Mueller Associates    on behalf of Joint Debtor Sarah Marie Wallace
         belleville@tbcwam.com,   tbcbackup@yahoo.com
        Robert E Eggmann    reetrustee@demlawllc.com,
         MO44@ecfcbis.com;whickey@demlawllc.com;nneske@demlawllc.com
        Robert E Eggmann    on behalf of Trustee Robert E Eggmann reggmann@demlawllc.com,
         whickey@demlawllc.com;nneske@demlawllc.com
        United States Trustee    USTPRegion10.es.ecf@usdoj.gov
        William A Mueller -   Mueller Associates    on behalf of Debtor Robert Wade Wallace
         belleville@tbcwam.com,   tbcbackup@yahoo.com
        William A Mueller -   Mueller Associates    on behalf of Joint Debtor Sarah Marie Wallace
         belleville@tbcwam.com,   tbcbackup@yahoo.com

                                                                                            TOTAL: 7